1. Iskhakova v. L'Oreal USA, Inc., Docket No. 1:22-cv-04801 (E.D.N.Y. Aug 15, 2022);
2. Iskhakova v. A.B.C. Carpet Co., Inc., Docket No. 1:22-cv-04800 (E.D.N.Y. Aug 15, 2022);
3. Iskhakova v. Aero LTD, Docket No. 1:22-cv-04799 (E.D.N.Y. Aug 15, 2022);
4. Hanyzkiewicz v. The Lash Lounge Franchise, LLC, Docket No. 1:22-cv-04798 (E.D.N.Y. Aug 15, 2022);
5. Hanyzkiewicz v. Metro Dermatology of NY, P.C., Docket No. 1:22-cv-04797 (E.D.N.Y. Aug 15, 2022);
6. Hanyzkiewicz v. #1 Brooklyn Furniture, Inc., Docket No. 1:22-cv-04796 (E.D.N.Y. Aug 15, 2022);
7. Iskhakova v. A Direct Cabinet Distributor Corp., Docket No. 1:22-cv-04672 (E.D.N.Y. Aug 08, 2022);
8. Iskhakova v. A Cottage in the City, Inc., Docket No. 1:22-cv-04671 (E.D.N.Y. Aug 08, 2022);
9. Iskhakova v. Office Furniture Heaven, Inc., Docket No. 1:22-cv-04670 (E.D.N.Y. Aug 08, 2022);
10. Hanyzkiewicz v. Ziba Mode, Inc., Docket No. 1:22-cv-04667 (E.D.N.Y. Aug 08, 2022);
11. Hanyzkiewicz v. Noy, LLC, Docket No. 1:22-cv-04665 (E.D.N.Y. Aug 08, 2022);
12. Hanyzkiewicz v. Mario Badescu Skin Care, Inc., Docket No. 1:22-cv-04664 (E.D.N.Y. Aug 08, 2022);
13. Hanyzkiewicz v. Obaltan, Inc., Docket No. 1:22-cv-04520 (E.D.N.Y. Aug 01, 2022);
14. Hanyzkiewicz v. Oasis Day Spa, Inc., Docket No. 1:22-cv-04519 (E.D.N.Y. Aug 01, 2022);
15. Iskhakova v. Lot Less of Fulton Street, Inc., Docket No. 1:22-cv-04476 (E.D.N.Y. Jul 29, 2022);
16. Iskhakova v. Linda Fashion Accessories Corp., Docket No. 1:22-cv-04474 (E.D.N.Y. Jul 29, 2022);
17. Hanyzkiewicz v. Optima Beauty JH, Inc., Docket No. 1:22-cv-04377 (E.D.N.Y. Jul 25, 2022);
18. Hanyzkiewicz v. Amiya Prasad, M.D., P.C., Docket No. 1:22-cv-04376 (E.D.N.Y. Jul 25, 2022);
19. Hanyzkiewicz v. Paintbox, LLC, Docket No. 1:22-cv-04367 (E.D.N.Y. Jul 25, 2022);
20. Iskhakova v. Leah Palmer Anderson Designs, Inc., Docket No. 1:22-cv-04360 (E.D.N.Y. Jul 25, 2022);
21. Iskhakova v. La Garconne, LLC, Docket No. 1:22-cv-04354 (E.D.N.Y. Jul 25, 2022);
22. Iskhakova v. Jenny Yoo Collection, Inc., Docket No. 1:22-cv-04221 (E.D.N.Y. Jul 18, 2022);

23. Iskhakova v. James Perse Enterprises, Inc., Docket No. 1:22-cv-04220 (E.D.N.Y. Jul 18, 2022);

24. Iskhakova v. Gudrun Sjoden US, Inc., Docket No. 1:22-cv-04219 (E.D.N.Y. Jul 18, 2022);

25. Iskhakova v. David's Bridal, LLC, Docket No. 1:22-cv-04218 (E.D.N.Y. Jul 18, 2022);

26. Iskhakova v. J. Crew Group, LLC, Docket No. 1:22-cv-04217 (E.D.N.Y. Jul 18, 2022);

27. Hanyzkiewicz v. Lotte Hotel New York Palace, LLC, Docket No. 1:22-cv-04216 (E.D.N.Y. Jul 18, 2022);

28. Hanyzkiewicz v. Ling, Ltd., Docket No. 1:22-cv-04215 (E.D.N.Y. Jul 18, 2022);

29. Hanyzkiewicz v. Lemon Tree Development, LLC, Docket No. 1:22-cv-04214 (E.D.N.Y. Jul 18, 2022);

30. Hanyzkiewicz v. Greenwich Hotel Management, LLC et al, Docket No. 1:22-cv-04213 (E.D.N.Y. Jul 18, 2022);

31. Iskhakova v. Acne Corp., Docket No. 1:22-cv-03988 (E.D.N.Y. Jul 07, 2022);

32. Iskhakova v. Foto Care, LTD., Docket No. 1:22-cv-03985 (E.D.N.Y. Jul 07, 2022);

33. Hanyzkiewicz v. Crunch, LLC, Docket No. 1:22-cv-03984 (E.D.N.Y. Jul 07, 2022);

34. Hanyzkiewicz v. Romeo & Juliette Laser Hair Removal, Inc., Docket No. 1:22-cv-03981 (E.D.N.Y. Jul 07, 2022);

35. Iskhakova v. S-Fer International, Inc., Docket No. 1:22-cv-03772 (E.D.N.Y. Jun 27, 2022);

36. Iskhakova v. Penzim Produce Corp., Docket No. 1:22-cv-03762 (E.D.N.Y. Jun 27, 2022);

37. Hanyzkiewicz v. Only Hearts, Ltd., Docket No. 1:22-cv-03756 (E.D.N.Y. Jun 27, 2022);

38. Hanyzkiewicz v. Adore Me, Inc., Docket No. 1:22-cv-03752 (E.D.N.Y. Jun 27, 2022);

39. Iskhakova v. Escada (USA), Inc., Docket No. 1:22-cv-03620 (E.D.N.Y. Jun 19, 2022);

40. Iskhakova v. SH Group Operations, LLC, Docket No. 1:22-cv-03618 (E.D.N.Y. Jun 19, 2022);

41. Dawkins v. Schott NYC Corp., Docket No. 1:22-cv-03617 (E.D.N.Y. Jun 19, 2022);

42. Dawkins v. Blink Holdings, Inc., Docket No. 1:22-cv-03616 (E.D.N.Y. Jun 19, 2022);

43. Dawkins v. Insomnia Cookies, LLC, Docket No. 1:22-cv-03615 (E.D.N.Y. Jun 19, 2022);

44. Hanyzkiewicz v. BBT Retail, Inc., Docket No. 1:22-cv-03614 (E.D.N.Y. Jun 19, 2022);

45. Dawkins v. Red Mango, LLC, Docket No. 1:22-cv-03484 (E.D.N.Y. Jun 13, 2022);

46. Dawkins v. Gregory's Coffee Management, Inc., Docket No. 1:22-cv-03483 (E.D.N.Y. Jun 13, 2022);

47. Dawkins v. MomoMilk, LLC, Docket No. 1:22-cv-03482 (E.D.N.Y. Jun 13, 2022);

48. Hanyzkiewicz v. Weal Management NY, LLC, Docket No. 1:22-cv-03481 (E.D.N.Y. Jun 13, 2022);

49. Hanyzkiewicz v. Arabian Oud, LLC, Docket No. 1:22-cv-03480 (E.D.N.Y. Jun 13, 2022);

50. Hanyzkiewicz v. Apiece Apart, LLC, Docket No. 1:22-cv-03479 (E.D.N.Y. Jun 13, 2022);

51. Dawkins v. Chop't Creative Salad Company, LLC, Docket No. 1:22-cv-03295 (E.D.N.Y. Jun 03, 2022);

52. Dawkins v. Five Below, Inc., Docket No. 1:22-cv-03294 (E.D.N.Y. Jun 03, 2022);

53. Hanyzkiewicz v. Sproose Holdings, Inc., Docket No. 1:22-cv-03293 (E.D.N.Y. Jun 03, 2022);

54. Hanyzkiewicz v. Advanced Dermatology, P.C., Docket No. 1:22-cv-03292 (E.D.N.Y. Jun 03, 2022);

55. Hanyzkiewicz v. Marhaba International, Inc., Docket No. 1:22-cv-03153 (E.D.N.Y. May 27, 2022);

56. Hanyzkiewicz v. Concerned Dental Care, P.C., Docket No. 1:22-cv-03152 (E.D.N.Y. May 27, 2022);

57. Iskhakova v. Rent-A-Center, Inc., Docket No. 1:22-cv-03151 (E.D.N.Y. May 27, 2022);

58. Iskhakova v. The Macerich Company, Docket No. 1:22-cv-03148 (E.D.N.Y. May 27, 2022);

59. Dawkins v. Auntie Anne's Franchisor SPV, LLC, Docket No. 1:22-cv-03146 (E.D.N.Y. May 27, 2022);

60. Dawkins v. Key Food Stores Co-Operative, Inc., Docket No. 1:22-cv-03145 (E.D.N.Y. May 27, 2022);

61. Hanyzkiewicz v. Aveda Lifestyle Stores, Docket No. 1:22-cv-03038 (E.D.N.Y. May 23, 2022);

62. Hanyzkiewicz v. Arrojo Studio, LLC, Docket No. 1:22-cv-02988 (E.D.N.Y. May 20, 2022);

63. Iskhakova v. Theory, LLC, Docket No. 1:22-cv-02973 (E.D.N.Y. May 20, 2022);

64. Iskhakova v. Beauty Fix Medspa, Docket No. 1:22-cv-02970 (E.D.N.Y. May 20, 2022);

65. Dawkins v. Mrs. Fields Famous Brands, LLC, Docket No. 1:22-cv-02964 (E.D.N.Y. May 19, 2022);

66. Dawkins v. Bonchon U.S.A., Inc., Docket No. 1:22-cv-02963 (E.D.N.Y. May 19, 2022);

67. Dawkins v. Alpha 1 Marketing, Corp., Docket No. 1:22-cv-02818 (E.D.N.Y. May 13, 2022);

68. Dawkins v. Rainbow Apparel Distribution Center, Corp., Docket No. 1:22-cv-02817 (E.D.N.Y. May 13, 2022);

69. Iskhakova v. Winmark Corporation, Docket No. 1:22-cv-02816 (E.D.N.Y. May 13, 2022);

70. Iskhakova v. LYMI, Inc., Docket No. 1:22-cv-02814 (E.D.N.Y. May 13, 2022);

71. Hanyzkiewicz v. Alcone Company, Inc., Docket No. 1:22-cv-02810 (E.D.N.Y. May 13, 2022);

72. Hanyzkiewicz v. Brompton Bicycle, Inc., Docket No. 1:22-cv-02809 (E.D.N.Y. May 13, 2022);

73. Dawkins v. The Talbots, Inc., Docket No. 1:22-cv-02637 (E.D.N.Y. May 08, 2022);

74. Dawkins v. URBN US Retail, LLC, Docket No. 1:22-cv-02629 (E.D.N.Y. May 06, 2022);

75. Dawkins v. L.L. Bean, Inc., Docket No. 1:22-cv-02626 (E.D.N.Y. May 06, 2022);

76. Iskhakova v. C. & J. Clark America, Inc., Docket No. 1:22-cv-02620 (E.D.N.Y. May 06, 2022);

77. Iskhakova v. Rodd & Gunn USA, Inc., Docket No. 1:22-cv-02615 (E.D.N.Y. May 06, 2022);

78. Hanyzkiewicz v. A.B.W. Enterprises, Inc., Docket No. 1:22-cv-02612 (E.D.N.Y. May 06, 2022);

79. Hanyzkiewicz v. Rebecca Minkoff, LLC, Docket No. 1:22-cv-02610 (E.D.N.Y. May 06, 2022);

80. Hanyzkiewicz v. Otte Manhattan, Inc., Docket No. 1:22-cv-02608 (E.D.N.Y. May 06, 2022);

81. Dawkins v. Citarella Operating, LLC, Docket No. 1:22-cv-02474 (E.D.N.Y. Apr 29, 2022);

82. Dawkins v. Whole Foods Market Services, Inc., Docket No. 1:22-cv-02472 (E.D.N.Y. Apr 29, 2022);

83. Dawkins v. PillPack, LLC, Docket No. 1:22-cv-02470 (E.D.N.Y. Apr 29, 2022);

84. Iskhakova v. Caleres, Inc., Docket No. 1:22-cv-02468 (E.D.N.Y. Apr 29, 2022);

85. Iskhakova v. Lacoste USA, Inc., Docket No. 1:22-cv-02467 (E.D.N.Y. Apr 29, 2022);

86. Iskhakova v. Walgreen Co., Docket No. 1:22-cv-02453 (E.D.N.Y. Apr 29, 2022);

87. Hanyzkiewicz v. Nonoo, LLC, Docket No. 1:22-cv-02448 (E.D.N.Y. Apr 29, 2022);

88. Hanyzkiewicz v. Monique Lhuillier, Inc., Docket No. 1:22-cv-02447 (E.D.N.Y. Apr 29, 2022);

89. Hanyzkiewicz v. Make Up For Ever, LLC, Docket No. 1:22-cv-02443 (E.D.N.Y. Apr 29, 2022);

90. Hanyzkiewicz v. Allo Food Corp., Docket No. 1:22-cv-02173 (E.D.N.Y. Apr 15, 2022);

91. Hanyzkiewicz v. The Alley Tea, Inc., Docket No. 1:22-cv-02171 (E.D.N.Y. Apr 15, 2022);

92. Hanyzkiewicz v. LDV Greenwich, LLC, Docket No. 1:22-cv-02035 (E.D.N.Y. Apr 08, 2022);

93. Hanyzkiewicz v. Alidoro II, LLC, Docket No. 1:22-cv-02032 (E.D.N.Y. Apr 08, 2022);

94. Hanyzkiewicz v. America's Food Basket, Inc., Docket No. 1:22-cv-02022 (E.D.N.Y. Apr 08, 2022);

95. Iskhakova v. Simply Amazing, LLC, Docket No. 1:22-cv-02014 (E.D.N.Y. Apr 08, 2022);

96. Iskhakova v. Altamarea Intellectual Property, LLC, Docket No. 1:22-cv-02013 (E.D.N.Y. Apr 08, 2022);

97. Dawkins v. Mociun Corp., Docket No. 1:22-cv-02010 (E.D.N.Y. Apr 08, 2022);

98. Dawkins v. Aboff's, Inc., Docket No. 1:22-cv-02007 (E.D.N.Y. Apr 08, 2022);

99. Hanyzkiewicz v. America Ootoya, Inc., Docket No. 1:22-cv-01849 (E.D.N.Y. Apr 01, 2022);

100. Iskhakova v. 99 Favor Taste Restaurant, Inc., Docket No. 1:22-cv-01848 (E.D.N.Y. Apr 01, 2022);

101. Iskhakova v. A La Mode Shoppe, Inc., Docket No. 1:22-cv-01846 (E.D.N.Y. Apr 01, 2022);

102. Iskhakova v. Irving Farm Coffee Co., Inc., Docket No. 1:22-cv-01845 (E.D.N.Y. Apr 01, 2022);

103. Dawkins v. Retail Ecommerce Ventures LLC, Docket No. 1:22-cv-01844 (E.D.N.Y. Apr 01, 2022);

104. Dawkins v. Dekalb Market Hall, LLC, Docket No. 1:22-cv-01843 (E.D.N.Y. Apr 01, 2022);

105. Dawkins v. J.McLaughlin, LLC, Docket No. 1:22-cv-01839 (E.D.N.Y. Apr 01, 2022);

106. Dawkins v. OTG Experience, LLC, Docket No. 1:22-cv-01835 (E.D.N.Y. Apr 01, 2022);

107. Hanyzkiewicz v. SunFlora, Inc., Docket No. 1:22-cv-01797 (E.D.N.Y. Mar 31, 2022);

108. Hanyzkiewicz v. Site Designs NYC Corp., Docket No. 1:22-cv-01794 (E.D.N.Y. Mar 31, 2022);

109. Dawkins v. Little Beet Table, LLC, Docket No. 1:22-cv-01678 (E.D.N.Y. Mar 25, 2022);

110. Dawkins v. Ovenly, LLC, Docket No. 1:22-cv-01675 (E.D.N.Y. Mar 25, 2022);

111. Dawkins v. King Kullen Grocery Co., Inc., Docket No. 1:22-cv-01674 (E.D.N.Y. Mar 25, 2022);

112. Hanyzkiewicz v. 2428392, Inc., Docket No. 1:22-cv-01668 (E.D.N.Y. Mar 25, 2022);

113. Hanyzkiewicz v. Ocean State Job Lot, Inc., Docket No. 1:22-cv-01666 (E.D.N.Y. Mar 25, 2022);

114. Hanyzkiewicz v. Tops Markets, LLC, Docket No. 1:22-cv-01662 (E.D.N.Y. Mar 25, 2022);

115. Hanyzkiewicz v. Acai Industries, Inc., Docket No. 1:22-cv-01657 (E.D.N.Y. Mar 25, 2022);

116. Dawkins v. Brooklyn Events Center, LLC, Docket No. 1:22-cv-01555 (E.D.N.Y. Mar 21, 2022);

117. Dawkins v. MNG 2005, Inc., Docket No. 1:22-cv-01554 (E.D.N.Y. Mar 21, 2022);

118. Hanyzkiewicz v. Gong Cha Tea, LLC, Docket No. 1:22-cv-01529 (E.D.N.Y. Mar 21, 2022);

119. Hanyzkiewicz v. Variety Coffee Roasters, Inc., Docket No. 1:22-cv-01528 (E.D.N.Y. Mar 21, 2022);

120. Iskhakova v. Krispy Krunchy Foods, LLC, Docket No. 1:22-cv-01526 (E.D.N.Y. Mar 20, 2022);

121. Hanyzkiewicz v. Soft Pretzel Franchise Systems, Inc., Docket No. 1:22-cv-01527 (E.D.N.Y. Mar 20, 2022);

122. Dawkins v. FAT Brands, Inc., Docket No. 1:22-cv-01385 (E.D.N.Y. Mar 14, 2022);

123. Dawkins v. Christmas Tree Shops, LLC, Docket No. 1:22-cv-01384 (E.D.N.Y. Mar 14, 2022);

124. Iskhakova v. Hook & Reel Franchise, LLC, Docket No. 1:22-cv-01365 (E.D.N.Y. Mar 11, 2022);

125. Hanyzkiewicz v. Cinnabon Franchisor SPV, LLC, Docket No. 1:22-cv-01360 (E.D.N.Y. Mar 11, 2022);

126. Iskhakova v. H Mart Companies, Inc., Docket No. 1:22-cv-01357 (E.D.N.Y. Mar 11, 2022);

127. Iskhakova v. Carvel Franchisor SPV, LLC, Docket No. 1:22-cv-01354 (E.D.N.Y. Mar 11, 2022);

128. Iskhakova v. Jako Enterprises, LLC, Docket No. 1:22-cv-01325 (E.D.N.Y. Mar 10, 2022);

129. Iskhakova v. Associated Supermarket Group, LLC, Docket No. 1:22-cv-01280 (E.D.N.Y. Mar 09, 2022);

130. Iskhakova v. JC Franchising Group, LLC, Docket No. 1:22-cv-01279 (E.D.N.Y. Mar 09, 2022);

131. Dawkins v. Zaro Bake Shop, Inc., Docket No. 1:22-cv-01224 (E.D.N.Y. Mar 07, 2022);

132. Dawkins v. Golden Krust Caribbean Bakery, Inc., Docket No. 1:22-cv-01223 (E.D.N.Y. Mar 06, 2022);

133. Hanyzkiewicz v. United States of Aritzia, Inc., Docket No. 1:22-cv-01196 (E.D.N.Y. Mar 04, 2022);

134. Hanyzkiewicz v. Hotel Chocolat, Inc., Docket No. 1:22-cv-01194 (E.D.N.Y. Mar 04, 2022);

135. Iskhakova v. N.D.C. Marketing, LLC, Docket No. 1:22-cv-01019 (E.D.N.Y. Feb 24, 2022);

136. Iskhakova v. Burlington Stores, Inc., Docket No. 1:22-cv-01018 (E.D.N.Y. Feb 24, 2022);

137. Iskhakova v. Stewart's Shops Corp., Docket No. 1:22-cv-01017 (E.D.N.Y. Feb 24, 2022);

138. Hanyzkiewicz v. Decicco and Sons, LLC, Docket No. 1:22-cv-01015 (E.D.N.Y. Feb 24, 2022);

139. Hanyzkiewicz v. VP Supply Corp., Docket No. 1:22-cv-01013 (E.D.N.Y. Feb 24, 2022);

140. Hanyzkiewicz v. Profile Development, LLC, Docket No. 1:22-cv-01012 (E.D.N.Y. Feb 24, 2022);

141. Iskhakova v. Red Wing Brands of America, Inc., Docket No. 1:22-cv-00929 (E.D.N.Y. Feb 20, 2022);

142. Iskhakova v. Asurion, LLC, Docket No. 1:22-cv-00928 (E.D.N.Y. Feb 20, 2022);

143. Iskhakova v. McKesson Corporation, Docket No. 1:22-cv-00927 (E.D.N.Y. Feb 20, 2022);

144. Hanyzkiewicz v. The TJX Companies, Inc., Docket No. 1:22-cv-00926 (E.D.N.Y. Feb 20, 2022);

145. Hanyzkiewicz v. Uncle Giuseppe's Melville, Inc., Docket No. 1:22-cv-00925 (E.D.N.Y. Feb 20, 2022);

146. Hanyzkiewicz v. Allegiance Retail Services, LLC, Docket No. 1:22-cv-00909 (E.D.N.Y. Feb 18, 2022);

147. Hanyzkiewicz v. The Wright Stuff, Inc., Docket No. 1:22-cv-00843 (E.D.N.Y. Feb 15, 2022);

148. Hanyzkiewicz v. Clarity Products, LLC, Docket No. 1:22-cv-00801 (E.D.N.Y. Feb 11, 2022);

149. Hanyzkiewicz v. Eschenbach Optik of America, Inc., Docket No. 1:22-cv-00799 (E.D.N.Y. Feb 11, 2022);

150. Hanyzkiewicz v. AbleNet, Inc., Docket No. 1:22-cv-00798 (E.D.N.Y. Feb 11, 2022);

151. Hanyzkiewicz v. Debby Burk Optical, Ltd., Docket No. 1:22-cv-00796 (E.D.N.Y. Feb 11, 2022);

152. Iskhakova v. Whenever Communications, LLC, Docket No. 1:22-cv-00733 (E.D.N.Y. Feb 09, 2022);

153. Iskhakova v. Woodlake Technologies, Inc., Docket No. 1:22-cv-00726 (E.D.N.Y. Feb 09, 2022);

154. Hanyzkiewicz v. V.S. Eye Wear, Inc., Docket No. 1:22-cv-00645 (E.D.N.Y. Feb 04, 2022);

155. Hanyzkiewicz v. Enhanced Vision Systems, Inc., Docket No. 1:22-cv-00639 (E.D.N.Y. Feb 03, 2022);

156. Hanyzkiewicz v. The Acorn Group, Inc., Docket No. 1:22-cv-00614 (E.D.N.Y. Feb 02, 2022);

157. Iskhakova v. Korean Air Lines Co., Ltd., Docket No. 1:22-cv-00611 (E.D.N.Y. Feb 02, 2022);

158. Iskhakova v. Dish Wireless, LLC, Docket No. 1:22-cv-00608 (E.D.N.Y. Feb 02, 2022);

159. Iskhakova v. Assurant, Inc., Docket No. 1:22-cv-00606 (E.D.N.Y. Feb 02, 2022);

160. Iskhakova v. Levain Bakery Cookie Company, LLC, Docket No. 1:22-cv-00521 (E.D.N.Y. Jan 28, 2022);

161. Iskhakova v. Surgical Sock Shop II, Inc., Docket No. 1:22-cv-00520 (E.D.N.Y. Jan 28, 2022);

162. Iskhakova v. GWJ Company, Docket No. 1:22-cv-00517 (E.D.N.Y. Jan 28, 2022);

163. Hanyzkiewicz v. Medical Weight Loss Centers Of America, LLC, Docket No. 1:22-cv-00516 (E.D.N.Y. Jan 28, 2022);

164. Hanyzkiewicz v. Toys For Special Children, Inc., Docket No. 1:22-cv-00440 (E.D.N.Y. Jan 25, 2022);

165. Hanyzkiewicz v. Freedom Scientific, Inc., Docket No. 1:22-cv-00436 (E.D.N.Y. Jan 25, 2022);

166. Hanyzkiewicz v. School Health Corporation, Docket No. 1:22-cv-00358 (E.D.N.Y. Jan 21, 2022);

167. Hanyzkiewicz v. Jewelry Supply, Inc., Docket No. 1:22-cv-00316 (E.D.N.Y. Jan 19, 2022);

168. Hanyzkiewicz v. Maxi Aids, Inc., Docket No. 1:22-cv-00292 (E.D.N.Y. Jan 18, 2022);

169. Iskhakova v. Adaptivision, Inc., Docket No. 1:22-cv-00264 (E.D.N.Y. Jan 17, 2022);

170. Iskhakova v. Talk To Me Technologies, LLC, Docket No. 1:22-cv-00263 (E.D.N.Y. Jan 17, 2022);

171. Iskhakova v. Boundless Assistive Technology, LLC, Docket No. 1:22-cv-00262 (E.D.N.Y. Jan 17, 2022);

172. Iskhakova v. Let's Go Technology, Inc.,, Docket No. 1:22-cv-00237 (E.D.N.Y. Jan 14, 2022);

173. Iskhakova v. Eye Needs Inc., Docket No. 1:22-cv-00228 (E.D.N.Y. Jan 14, 2022);

174. Iskhakova v. Magnifying Aids, Inc., Docket No. 1:22-cv-00221 (E.D.N.Y. Jan 14, 2022);